Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MATT STRONG,
Plaintiff,

vs

UNS, INC. dba LONG JOHN SILVER'S; SAN DIEGO MART ASSOCIATES,
Defendants.

SUMMONS ON FIRST AMENDED COMPLAINT

Case No. 08CV0901 BEN (RBB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
Disabled Advocacy Group, APLC
12 Williamsburg Lane   Chico, CA  95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

AUG 2 1 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)