1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  MICHAEL CHILLEEN (SBN 210704)
   3161 Michelson Drive, Suite 1000
3  Irvine, California 92612
   Telephone: (949) 732-6500
4  Facsimile: (949) 732-6501
   Email:  hurleyg@gtlaw.com; chilleenm@gtlaw.com
5
   Attorneys for Defendant,
6  SAN DIEGO MART ASSOCIATES

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **SOUTHERN DISTRICT OF CALIFORNIA**
10

11

12  MATT STRONG,                              CASE NO. 08 CV 0901 BEN RBB

13          Plaintiff,

14  vs.                                       **NOTICE OF APPEARANCE**

15  UNS, INC. dba LONG JOHN SILVER'S;
    SAN DIEGO MART ASSOCIATES,
16
            Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF APPEARANCE                                           Case No. 08 CV 0901 BEN RBB
OC 286,304,737v1 8-28-08

1  PLEASE TAKE NOTICE that Michael J. Chilleen is counsel of record for Defendant San Diego
2  Mart Associates in the herein action.
3
4  DATED: August 28, 2008                GREENBERG TRAURIG, LLP
5
6                                        By /s/ Michael J. Chilleen
7                                           Gregory F. Hurley
                                            Michael J. Chilleen
8                                           Attorneys for Defendant SAN DIEGO MART
                                            ASSOCIATES

1

NOTICE OF APPEARANCE                                         Case No. 08 CV 0901 BEN RBB
OC 286,304,737v1 8-28-08

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 3161 Michelson Drive, Suite 1000, Irvine, California 92612.

On the below date, I served: **NOTICE OF APPEARANCE** with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System. The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

Lynn Hubbard, III
Disabled Advocacy Group, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Fax: (530) 894-8244

*Attorney for Plaintiff, Matt Strong*

☒  **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**

In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒  **(FEDERAL)**

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on August 28, 2008, at Irvine, California.

/s/ Michael J. Chilleen
                    Signature