Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| Matt Strong, | Case No. 08cv0901 BEN (RBB) |
|---|---|
| Plaintiff, | **Notice of Settlement** |
| vs. | |
| UNS, Inc., et al., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Strong v. UNS, Inc., et al.,* Case No. 08cv0901 BEN (RBB), has been resolved. The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: August 29, 2008        DISABLED ADVOCACY GROUP, APLC


         /s/ Lynn Hubbard, Esquire           /
        LYNN HUBBARD, III
        Attorney for Plaintiff

*Strong v. UNS, Inc.*, et al., 08cv0901 BEN (RBB)
Notice of Settlement

Page 1